UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

ROSEMARY THURMAN,
ADMINISTRATRIX OF THE ESTATE OF
PAUL D. DEMAREE, deceased,

and

LORI OSBOURNE, mother and next friend of
KAYCEE DEMAREE, a minor,

    Plaintiffs,

V.

JOHN HAWKINS and
WILLIAM LINDON,

    Defendants.

Civil No.: 13-50-GFVT

**JUDGMENT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order entered contemporaneously with this Judgment, and pursuant to Federal Rules of Civil Procedure 56 and 58, it is hereby **ORDERED and ADJUDGED** as follows:

    1.    In accordance with the Order entered today, Judgment is hereby entered in favor of Defendants John Hawkins and William Lindon, and the federal claims against these Defendants are **DISMISSED WITH PREJUDICE**; the state law claims against these Defendants are **DISMISSED WITHOUT PREJUDICE**.

    3.    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay; and

    4.    This matter is **STRICKEN** from the Court's active docket.

This the 7th day of January, 2015.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge